20 So.2d 114

### Elbert STINSON v. CITY OF BIRMINGHAM.

6 Div. 310.

Supreme Court of Alabama.

Dec. 14, 1944.

Wm. Conway, of Birmingham, for petitioner.

Ralph E. Parker, of Birmingham, opposed.

BROWN, Justice.

Petition of Elbert Stinson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Stinson v. City of Birmingham, 31 Ala.App. 577, 20 So.2d 113.

Writ denied.

All the Justices concur.

20 So.2d 118

### George BROOKS v. CITY OF BIRMINGHAM.

6 Div. 309.

Supreme Court of Alabama.

Dec. 14, 1944.

Wm. Conway, of Birmingham, for petitioner.

Ralph E. Parker, of Birmingham, opposed.

FOSTER, Justice.

Petition of George Brooks for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brooks v. City of Birmingham, 31 Ala.App. 579, 20 So.2d 115.

Writ denied.

All Justices concur.

---

[1] Ante, p. 52